No. 435. BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL. *v.* UNITED TRANSPORT SERVICE EMPLOYEES ET AL. December 6, 1943. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed on the authority of *General Committee of Adjustment* v. *Missouri-Kansas-Texas R. Co.*, 320 U. S. 323; *General Committee of Adjustment* v. *Southern Pacific Co.*, 320 U. S. 338; *General Grievance Committee* v. *General Committee of Adjustment*, 320 U. S. 338; and *Switchmen's Union* v. *National Mediation Board*, 320 U. S. 297. *Messrs. Frank L. Mulholland, Clarence M. Mulholland*, and *Willard H. McEwen* for petitioners.

No. 487. KELLEY *v.* CALIFORNIA. December 6, 1943. *Per Curiam:* The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Morris Lavine* for appellant.